IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JOANNA BERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 04-805-ST |
| v. | ) | |
| | ) | O R D E R |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Alan Stuart Graf
Kimberly K. Tucker
1020 S. W. Taylor Street, Suite 230
Portland, Oregon 97205

Amy K. Van Horn
5425 N. Burrage Avenue
Portland, Oregon 97217

      Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Craig J. Casey
Neil J. Evans
United States Attorney's Office
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Lucille G. Meis
David J. Burdett
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington 98104-7075

      Attorneys for Defendant

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on August 12, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation #22.

IT IS HEREBY ORDERED that the Commissioner's decision is REVERSED. This case is REMANDED for a finding of disability.

DATED this __12th__ day of September, 2005.

        /s/ Garr M. King
        GARR M. KING
        United States District Judge