Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOANNA BERG,<br><br>   Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>   Defendant. | CV 04-802-ST<br><br>ORDER GRANTING<br>STIPULATED EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2274.65 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, as well as costs of $169.40 under 28 U.S.C. § 1920 and expenses of $19.21 pursuant to 28 U.S.C. § 2412(d)(2). The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amounts.

DATED this 21 day of Sept, 2005.

_____
United States District Judge

Presented by:

/s/ Kimberly K. Tucker
Alan Stuart Graf, P.C.
Attorney for Plaintiff