FILED'06 APR 05 14:50 USDC-ORP

Alan Stuart Graf, OSB # 92317
alan@hippielawyer.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOANNA BERG, | CV 04-802-ST |
| Plaintiff, | ORDER GRANTING ATTORNEYS' FEES UNDER 42 U.S.C. § 406(b) |
| v. | |
| JO ANNE B. BARNHART<br>Commissioner of Social Security, | |
| Defendant. | |

Attorneys' fees in the amount of 8,181.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $2,274.65 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorney the balance of $5,909.35 minus any applicable processing fees as allowed by statute.

DATED this 5th day of April, 2006.

/s/ _____
United States Magistrate Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES